In the Matter of KAREN MATSEOANE, Deceased.

KAREN MATSEOANE, Respondent, v SUBTLE ENGINEERING COMPANY, Appellant.

Submitted February 3, 2014; decided April 3, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.